**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                  CASE NO. 6:08-CR-51-ORL-19DAB

ABASI AKEEM SMITH
_____

ORDER

      This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 37, filed April 17, 2008) and no objection thereto having been filed, it is **ORDERED:**

      1.    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 37) is **ACCEPTED, AFFIRMED AND ADOPTED.**

      2.    Defendant Abasi Akeem Smith has entered a plea of guilty to Count Two of the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count Two of the Indictment.

      **DONE AND ORDERED** at Orlando, Florida, this __22nd___ day of April, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

Courtroom Deputy